1

The Honorable Thomas S. Zilly

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

DWIGHT FARROW,

CASE NO.  2:19-cv-01158-TSZ

10

Plaintiff,

STIPULATED MOTION TO EXTEND
INITIAL SCHEDULING DATES AND
ORDER

11

v.

12

UNITED STATES OF AMERICA,

13

Defendant.

14

15     COMES NOW Plaintiff, Dwight Farrow, by and through his attorneys, Gregory S.

16  Colburn and Matthew D. Dubin, and Defendant, United States of America, through its counsel,

17  Tricia Boerger, Assistant United States Attorney, in this stipulated motion to extend the initial

18  scheduling dates in this matter by 30 days as follows:

19          Deadline for FRCP 26(f) Conference:                      10/23/2019

20          Initial Disclosures Pursuant to FRCP 26(a)(1):           10/30/2019

21          Combined Joint Status Report and Discovery
            Plan as Required by FRCP 26(f) and Local
22          Civil Rule 26(f):                                        11/06/2019

23      This extension is necessary because the United States filed a notice of appearance and

24  answer only three days ago on October 1, 2019. As such, the parties have not been in a position

25  to meaningfully participate in a discovery conference, prepare initial disclosures or a discovery

26  plan. The parties are requesting a 30-day extension of time of the initial scheduling dates to

27  allow them adequate time to review the initial pleadings and participate meaningfully in the

28  FRCP 26 process.

STIPULATED MOTION TO EXTEND
INITIAL SCHEDULING DATES
AND ORDER - 1
2:19-cv-01158-TSZ

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

1  DATED this 4th day of October, 2019.

2  **SO STIPULATED**

3                                    Respectfully submitted,

4

5                                    s/ _____
                                     Gregory S. Colburn, WSBA #41236
6                                    Colburn Law
                                     22500 SE 64th Place, Suite 200
7                                    Issaquah, WA 98027
                                     Telephone: (206) 919-3215
8                                    Email: greg@colburnlaw.com
9                                    *Of Attorneys for Plaintiff Dwight Farrow*

10

11

12                                   s/ _____
                                     Matthew D. Dubin, WSBA #25378
13                                   Law Offices of Matthew D. Dubin
14                                   520 Pike Street, Suite #1425
                                     Seattle, WA 98101
15                                   Telephone: 206-720-1501
                                     Email: matt@dublinlawoffice.com
16                                   *Of Attorneys for Plaintiff Dwight Farrow*

17

18                                   BRIAN T. MORAN
                                     United States Attorney
19

20

21                                   *s/* Tricia Boerger
                                     TRICIA BOERGER, WSBA #38581
22                                   Assistant United States Attorney
                                     Western District of Washington
23                                   United States Attorney's Office
                                     700 Stewart Street, Suite 5220
24                                   Seattle, Washington 98101-1271
                                     Phone: 206-553-7970
25                                   Email:  tricia.boerger@usdoj.gov
26                                   Attorney for the United States of America

27

28

STIPULATED MOTION TO EXTEND                          United States Attorney's Office
INITIAL SCHEDULING DATES                             700 Stewart Street, Suite 5200
AND ORDER - 2                                        Seattle, Washington 98101
2:19-cv-01158-TSZ                                    (206) 553-7970

**ORDER**

Pursuant to the parties' motion, docket no. 7, and the parties having stipulated and agreed, and the Court finding good cause, it is hereby **ORDERED** that the initial scheduling dates in this matter shall be revised as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 10/23/2019 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 10/30/2019 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 11/06/2019 |

Dated this 10th day of October, 2019.

Thomas S. Zilly
United States District Judge

STIPULATED MOTION TO EXTEND
INITIAL SCHEDULING DATES
AND ORDER - 3
2:19-cv-01158-TSZ

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970